650 A.2d 870

COMMONWEALTH of Pennsylvania

v.

Janet L. KRAMER, Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 20, 1994.

Decided Nov. 22, 1994.

Caroline M. Roberto, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Sandra Preuhs, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., files a dissenting opinion in which CASTILLE, J., joins.*

MONTEMURO, J., is sitting by designation.